IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HOUSTON PRIME INVESTMENTS, LTD. §<br>    *Plaintiff*, §<br>§<br>v. §<br>§<br>COMMUNITY LOAN SERVICING, LLC, §<br>    *Defendant.* § | CIVIL ACTION NO. 4:23-cv-00996 |

## NOTICE OF APPEARANCE

Plaintiffs, HOUSTON PRIME INVESTMENTS, LTD and AMIR BAJMANLOU, give notice to the Court of the appearance of George Hittner as an attorney of record in the above styled and numbered case.

DATED: April 12, 2023.

Respectfully submitted,

THE HITTNER GROUP, PLLC

_____
**George J. Hittner**
Post Office Box 541189
Houston, Texas 77254
Telephone: 713-824-1270
State Bar No. 24038959
S.D. TX No.: 431901
george.hittner@thehittnergroup.com

-AND-

THE HALL LAW FIRM

**Benjamin L. Hall, III**
State Bar No. 08743745
S.D. TX No.: 8787

bhall@bhalllawfirm.com
**Ryan Finnegan**
State Bar No. 24119322
S.D. TX No.: 3689829
530 Lovett Boulevard
Houston, Texas 77006
Telephone:  (713) 942-9600
Facsimile:  (713) 942-9566

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above document was filed via the CM/ECF system on this 12th day of April, 2023, which caused service on all parties.

_____
**George J. Hittner**