United States District Court
Southern District of Texas
**ENTERED**
November 01, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HOUSTON PRIME INVESTMENTS, LTD., *Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:23cv0996 |
| COMMUNITY LOAN SERVICING, LLC, *Defendant.* | § § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated October 17, 2023, (Dkt. 32) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this ___1st___ day of November, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE