United States District Court
Southern District of Texas
**ENTERED**
March 21, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| HOUSTON PRIME INVESTMENTS, LTD., | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:23cv0996 |
| | § | |
| COMMUNITY LOAN SERVICING, LLC, | § | |
| *Defendant.* | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated February 15, 2024 (Dkt. 44) and the objections thereto (Dkt. 45), the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is therefore **ORDERED** that the Magistrate Judge's Memorandum and Recommendation is hereby **ADOPTED** by this court.

**SIGNED** at Houston, Texas this _21st_ day of March, 2024.

_____

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE